UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HECTOR BARRIOS ROJAS, Petitioner(s), v. BRUCE SCOTT, Respondent(s). | CASE NO. C26-4256-KKE<br><br>ORDER GRANTING MOTION TO APPOINT COUNSEL |

Petitioner is representing himself in this matter and requests appointment of counsel. Dkt. No. 2. The Court finds that, because of the complex issues involved in this case, the interests of justice would be served by Petitioner obtaining counsel. *See* 18 U.S.C. § 3006A(a)(2)(B). Further, as required by statute, Petitioner has demonstrated through his IFP application his financial eligibility for such appointment. *See* Dkt. No. 1. Accordingly, the Court will grant Petitioner's request for appointment of counsel. Dkt. No. 2.

Accordingly, the Court ORDERS as follows:

(1) This matter is referred to attorney Jennifer Pasquarella for review.

(2) The Court requests that Ms. Pasquarella review the petition and advise the Court by email to the courtroom deputy at KKEcrd@wawd.uscourts.gov no later than November 13, 2026, if she will seek appointment in this matter.

(3) The Clerk is directed to send a copy of this order to Petitioner, and a copy of this order and the case file to Ms. Pasquarella at jpasquarella1@seattleu.edu.

Dated this 5th day of November, 2026.

Kymberly K. Evanson
United States District Judge